KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
JEFFREY R. CHANIN - # 103649
jchanin@kvn.com
STEVEN P. RAGLAND - # 221076
sragland@kvn.com
NIC MARAIS - # 277846
nmarais@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Plaintiff SANDISK CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>             Plaintiff,<br><br>        v.<br><br>SK HYNIX INC., SK HYNIX AMERICA INC., SK HYNIX MEMORY SOLUTIONS and DOES ONE through TEN inclusive,<br><br>             Defendants. | Case No. 5:14-cv-04940 HRL<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS**<br><br>State Court Complaint Filed: 3/13/14<br>Removal Pleading Filed: 11/05/14<br><br>Dept: Courtroom 8, 4th Floor<br><br>Judge: Hon. Lucy H. Koh |

# **STIPULATION**

WHEREAS, on November 6, 2014, Defendants SK Hynix Inc., SK Hynix America Inc., and SK Hynix Memory Solutions (collectively, "Hynix") removed this case from the California Superior Court for the County of Santa Clara to this Court (Dkt. 1);

WHEREAS, on November 13, 2014, Hynix filed a Motion to Dismiss for *Forum Non Conveniens* (Dkt. 52) and a Motion to Compel Arbitration (Dkt. 53) (collectively, "Hynix's Motions"), with noticed hearing dates of January 6, 2015;

WHEREAS, on November 14, 2014, this case was reassigned to the Honorable Lucy H. Koh and the January 6, 2015 hearing dates were vacated (Dkt. 62);

WHEREAS, the parties understand the Court will re-set the hearing dates on Hynix's Motions;

WHEREAS, counsel for the parties have met and conferred and agreed on a briefing scheduled for Hynix's Motions;

NOW THEREFORE, the Parties, by their undersigned counsel of record, hereby stipulate and agree to the following briefing schedule with respect to Hynix's Motions:

SanDisk shall have until Tuesday, December 9, 2014 to respond to Hynix's Motions; and

Hynix shall have until Tuesday, December 23, 2014 to file its replies in support of Hynix's Motions.

IT IS SO STIPULATED AND AGREED.

Respectfully submitted,

Dated: November 17, 2014.                           KEKER & VAN NEST LLP

By: /s/ *Steven P. Ragland*
ROBERT A. VAN NEST
JEFFREY R. CHANIN
STEVEN P. RAGLAND
NIC MARAIS

Attorneys for Plaintiff SANDISK CORPORATION

---

1

JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE BRIEFING SCHEDULE
Case No. 5:14-cv-04940 HRL

880988.01

|  |  |
|---|---|
| Dated:  November 17, 2014. | STEPTOE & JOHNSON LLP |
|  | By:  /s/ *William G. Pecau* |
|  | WILLIAM F. ABRAMS<br>SEONG H. KIM<br>REBECCA EDELSON<br>WILLIAM G. PECAU |
|  | Attorneys for Defendants<br>SK HYNIX, INC., SK HYNIX AMERICA, INC., SK HYNIX MEMORY SOLUTIONS |

### **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this Stipulation and Proposed Order has been obtained from the other signatories.

Dated:  November 17, 2014.     /s/ *Steven P. Ragland*
                                STEVEN P. RAGLAND

### [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  November 19, 2014                         *Lucy H. Koh*
                                HON. LUCY H. KOH
                                Judge of the U.S. District Court