UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>        Plaintiff,<br><br>        v.<br><br>SK HYNIX INC., et al.,<br><br>        Defendants. | Case No.  14-CV-04940-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement seven days in advance of the Case Management Conference set for February 5, 2015 at 1:30 p.m. *See* Civ. L.R. 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Wednesday, February 4, 2015 at 10 a.m.

**IT IS SO ORDERED**.

Dated:  February 2, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No.: 14-CV-04940-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT