UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SK HYNIX INC., et al.,<br><br>　　　　　Defendants. | Case No.:14-CV-04940-LHK<br><br>**ORDER VACATING HEARING, AND RE-SETTING BRIEFING SCHEDULE** |

　　　Before the Court is Plaintiff SanDisk Corporation's motion to remand. *See* ECF No. 75. Pursuant to Civil Local Rule 7-1(b), the Court finds this matter appropriate for resolution without oral argument and hereby VACATES the hearing for the instant motion, currently scheduled for February 5, 2015, at 1:30 p.m.

　　　The Court also re-sets the briefing schedule for Defendants' motion to compel arbitration, ECF No. 53, as follows: Defendants' reply brief in support of the motion to compel arbitration shall be filed no later than March 2, 2015.

**IT IS SO ORDERED.**

Dated: February 3, 2015

1

Case No.: 14-CV-04940-LHK
ORDER VACATING HEARING, AND RE-SETTING BRIEFING SCHEDULE

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No.: 14-CV-04940-LHK
ORDER VACATING HEARING, AND RE-SETTING BRIEFING SCHEDULE