UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SANDISK CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>SK HYNIX INC., et al.,<br><br>Defendants. | Case No.:14-CV-04940-LHK<br><br>**ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. Nos. 52, 53, 75 |

Before the Court are three motions. Plaintiff SanDisk Corporation ("SanDisk") has filed a motion to remand the instant case to Santa Clara County Superior Court. ECF No. 75. Defendants SK Hynix, Inc., SK Hynix America, Inc., and SK Hynix Memory Solutions (collectively, "Hynix") have filed a motion to compel arbitration, ECF No. 53, as well as a motion to dismiss for *forum non conveniens*, ECF No. 52. Pursuant to Civil Local Rule 7-1(b), the Court finds Hynix's motion to compel arbitration and motion to dismiss for *forum non conveniens* appropriate for resolution without oral argument and hereby VACATES the hearing for these motions, currently scheduled for March 26, 2015 at 1:30 p.m.[1] The Court also VACATES the case management conference, which is also scheduled for March 26, 2015 at 1:30 p.m.

---

[1] On February 3, 2015, the Court vacated the hearing for SanDisk's motion to remand, which was scheduled for February 5, 2015. ECF No. 104.

1

Case No.: 14-CV-04940-LHK
ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE

1   **IT IS SO ORDERED.**

2   Dated: March 24, 2015

3   _____
    LUCY H. KOH
4   United States District Judge

Case No.: 14-CV-04940-LHK
ORDER VACATING HEARING AND CASE MANAGEMENT CONFERENCE

2