**STEPTOE & JOHNSON LLP**
WILLIAM F. ABRAMS (CA SB# 88805)
wabrams@steptoe.com
SEONG H. KIM (CA SB# 166604)
skim@steptoe.com
REBECCA EDELSON (CA SB# 150464)
redelson@steptoe.com
WILLIAM G. PECAU (CA SB# 177857)
wpecau@steptoe.com
SANJEET DUTTA (CA SB# 203463)
sdutta@steptoe.com
JEFFREY M. THEODORE (*pro hac vice*)
jtheodore@steptoe.com
1001 Page Mill Road
Building 4, Suite 150
Palo Alto, CA 94304
Telephone: (650) 687-9500
Facsimile: (650) 687-9499

**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**
Terry W. Bird (CA SB# 49038)
twb@birdmarella.com
Ekwan E. Rhow (CA SB# 174604)
eer@birdmarella.com
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-256
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants
SK HYNIX INC., SK HYNIX AMERICA INC. and
SK HYNIX MEMORY SOLUTIONS INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| SANDISK CORPORATION,<br><br>        Plaintiff,<br><br>   vs.<br><br>SK HYNIX INC., SK HYNIX AMERICA INC., SK HYNIX MEMORY SOLUTIONS and DOES ONE through TEN, inclusive,<br><br>        Defendants. | Case No.: 5:14-cv-04940-LHK<br><br>**NOTICE OF SUBSTITION OF COUNSEL FOR DEFENDANTS AND [~~PROPOSED~~] ORDER** |

PLEASE TAKE NOTICE that Defendants SK Hynix, Inc., SK Hynix America, Inc., and SK Hynix Memory Solutions ("Hynix") have retained Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C. to substitute for McManis Faulkner as counsel the above-captioned matter. Steptoe & Johnson LLP will continue to serve as lead counsel for Hynix.

Withdrawing counsel for Hynix is:

> Elizabeth Pipkin (CA SB# 243611)
> epipkin@mcmanislaw.com
> McManis Faulkner
> 50 W. San Fernando Street
> San Jose, CA 95113
> Telephone: (408) 279-8700
> Facsimile: (408) 279-3244

Substituting counsel for Hynix are:

> Terry W. Bird (CA SB# 49038)
> twb@birdmarella.com
> Ekwan E. Rhow (CA SB# 174604)
> eer@birdmarella.com
> Bird, Marella, Boxer, Wolpert, Nessim,
>     Drooks, Lincenberg & Rhow, P.C.
> 1875 Century Park East, 23rd Floor
> Los Angeles, California 90067-256
> Telephone: (310) 201-2100
> Facsimile: (310) 201-2110

All pleadings, orders, notices, and other documents should be served on:

> William F. Abrams (CA SB# 88805)
> wabrams@steptoe.com
> Seong H. Kim (CA SB# 166604)
> skim@steptoe.com
> Rebecca Edelson (CA SB# 150464)
> redelson@steptoe.com
> William G. Pecau (CA SB# 177857)
> wpecau@steptoe.com
> Sanjeet Dutta (CA SB# 203463)

| | |
|---|---|
| 1 | sdutta@steptoe.com |
| 2 | Jeffrey M. Theodore (pro hac vice) |
|   | jtheodore@steptoe.com |
| 3 | Steptoe & Johnson LLP |
|   | 1001 Page Mill Road |
| 4 | Building 4, Suite 150 |
| 5 | Palo Alto, CA 94304 |
|   | Telephone: (650) 687-9500 |
| 6 | Facsimile: (650) 687-9499 |

Terry W. Bird (CA SB# 49038)
twb@birdmarella.com
Ekwan E. Rhow (CA SB# 174604)
eer@birdmarella.com
Bird, Marella, Boxer, Wolpert, Nessim,
   Drooks, Lincenberg & Rhow, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-256
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

The undersigned parties consent to the substitution.

DATED: January 5, 2015       STEPTOE & JOHNSON LLP on behalf of Defendants SK HYNIX INC., SK HYNIX AMERICA INC., and SK HYNIX MEMORY SOLUTIONS INC.

                                            By:  /s/ William F. Abrams

DATED: January 5, 2015       McMANIS FAULKNER

                                            By:  /s/ Elizabeth Pipkin

DATED: January 5, 2015       BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

                                            By:  /s/ Ekwan E. Rhow

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this Notice and Proposed Order has been obtained from the other signatories.

DATED: January 5, 2015          /s/ William F. Abrams

## [~~PROPOSED~~] ORDER

The above withdrawal and substitution of counsel is hereby approved and SO ORDERED.

Dated: March 24, 2015          *Lucy H. Koh*

HON. LUCY H. KOH, U.S.D.J